JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 22-04863-CJC (RAOx)          Date: August 10, 2022

Title: NASIK EL V. RANCH INN MOVILE HOME PARK LLC

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO RESPOND TO THE COURT'S PRIOR ORDER**

       On July 15, 2022, Plaintiff filed this action against Defendants, alleging numerous state law claims. (Dkt. 1 [Complaint].) Defendant filed a request to proceed in forma pauperis the same day. (Dkt. 2.) Upon review of the Plaintiff's Complaint, the Court identified deficiencies in Plaintiff's allegations concerning this Court's subject matter jurisdiction. As a result, this Court issued an Order to Show Cause as to why this case should not be dismissed for lack of subject matter jurisdiction. (Dkt. 8.) The Court ordered Plaintiff to respond in writing by August 2, 2022 and warned Plaintiff that failure to do so "will result in dismissal of this action." (*Id.*) Plaintiff failed to respond to the Court's order. Accordingly, this case is **DISMISSED** for lack of subject matter jurisdiction and for failure to respond to the Court's prior order.

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk RRP