**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 22-04863-CJC (RAOx)                    Date:  June 29, 2023

Title: <u>NASIK EL V. RANCH INN MOBILE HOME PARK LLC ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>                            <u>        N/A        </u>
Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

In this case, *pro se* Plaintiff Nasik El asserts employment discrimination and related claims against Defendant Ranch Inn Mobile Home Park LLC and others.  After the Court dismissed his original complaint, which asserted claims under California's Fair Employment and Housing Act, for lack of subject matter jurisdiction (Dkt. 9), he filed a First Amended Complaint asserting claims under the federal Fair Housing Act on March 15, 2023.  (Dkt. 20.)

It is a plaintiff's responsibility to prosecute his case diligently.  *See* Fed. R. Civ. P. 41(b).  That includes timely serving the complaint and filing a proof of service.  Absent a showing of good cause, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . .. *must* dismiss the action."  Fed. R. Civ. P. 4(m).

Here, 90 days have passed since Plaintiff filed his First Amended Complaint, yet no proof of service has been filed.  (Plaintiff did not file a proof of service regarding his original complaint either.)  Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing no later than **July 17, 2023** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 22-04863-CJC (RAOx)                    Date: June 29, 2023
                                                   Page 2

---

    1. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41), <u>or</u>
    2. A Proof of Service indicating service of the First Amended Complaint was effected on or before **June 15, 2023.**

    The Court notes that Plaintiff is representing himself and may benefit from advice from counsel familiar with federal court procedural requirements.  Public Counsel runs free federal Pro Se Clinics at three locations.  The location nearest to Plaintiff is located at Edward Roybal R. Federal Building and Courthouse, 255 East Temple Street, Suite 170 (Terrace Level), Los Angeles, CA 90012.  To make an appointment or for more information, Plaintiff may contact Public Counsel at (213) 385-2977, Ext. 270.  Plaintiff may also find further information on the Court's website at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

cbt

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk rrp