**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 22-04863-CJC (RAOx)　　　　　　　　　　　　Date: July 25, 2023

Title: <u>NASIK EL v. RANCH INN MOBILE HOME PARK, *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>　　　　　　　　　　　<u>　　N/A　　</u>
　Deputy Clerk　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　None Present　　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) SECOND ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

　　In this case, *pro se* Plaintiff Nasik El asserts employment discrimination and related claims against Defendant Ranch Inn Mobile Home Park LLC and others. On July 26, 2022, the Court issued an order to show cause ("OSC") why this case should not be dismissed for lack of subject matter jurisdiction, explaining that Plaintiff brought only state law claims and there was no indication that diversity jurisdiction existed. (Dkt. 8.) Plaintiff failed to respond to the order to show cause by the deadline, so the Court dismissed the case on August 10, 2022 for lack of subject matter jurisdiction and failure to respond to the Court's order. (Dkt. 9.)

　　On January 30, 2023, Plaintiff filed a motion for reconsideration on the grounds that he never received any documents and thus was not aware of the Court's OSC. (Dkt. 16.) The Court granted Plaintiff's motion for reconsideration. (Dkt. 17.) Regarding jurisdiction, Plaintiff stated that he mistakenly brought his claims under California's Fair Employment and Housing Act ("FEHA"), when he intended to bring them under the federal Fair Housing Act ("FHA"). (Dkt. 18 at 3.) On February 24, 2023, the Court directed Plaintiff to file a First Amended Complaint ("FAC") reflecting the changed basis for his claims by March 13, 2023. (Dkt. 19.) On March 15, 2023, Plaintiff filed his FAC. (Dkt. 20.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 22-04863-CJC (RAOx)                               Date: July 25, 2023
Page 2

---

However, more than 90 days passed without Plaintiff filing a proof of service on the FAC. Accordingly, on June 29, 2023, the Court issued another OSC—this time an OSC re Dismissal for Lack of Prosecution. (Dkt. 21.) The Court explained that absent a showing of good cause, "[i]f a defendant is not served within 90 days after the complaint is filed, the court . .. must dismiss the action." (*Id.* [quoting Fed. R. Civ. P. 4(m)].) The Court reminded Plaintiff that it is his responsibility to prosecute this case diligently, and also noted that Plaintiff is representing himself and provided information regarding Public Counsel's free federal Pro Se Clinics. (*Id.* at 2.)

Now, more than a week after Plaintiff's response to the Court's OSC was due, and more than a month after the deadline to effectuate service, Plaintiff has not filed a proof of service, responded to the Court's OSC, or taken any other action in this case. It appears, however, that there may be an issue with Plaintiff's address. On most of the documents Plaintiff filed, he lists his address as:

    338 W. Ave. J-8 #2
    Los Angeles, California 94102

(*See, e.g.*, Dkts. 1 [Complaint], 16 [Motion for Reconsideration], 20 [First Amended Complaint].) That is the address where the Court has mailed documents in this case. (*See* Dkts. 10–15.) However, from other places in the record it appears that Plaintiff's address may be:

    338 W. Ave. J-8 #2
    Lancaster, California 93534

(*See* Dkt. 1-1 [Civil Cover Sheet]; Dkt. 16 at 4.)

Accordingly, the Court again **ORDERS** Plaintiff to show cause in writing no later than **August 8, 2023** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

    1. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41), <u>or</u>
    2. A Proof of Service indicating service of the First Amended Complaint was effected on or before **June 15, 2023.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 22-04863-CJC (RAOx)                              Date: July 25, 2023
Page 3

---

**Failure to respond to this order to show cause by the deadline may result in dismissal of Plaintiff's claims with prejudice.**

The Court also notes again that Plaintiff is representing himself and may benefit from advice from counsel familiar with federal court procedural requirements. Public Counsel runs free federal Pro Se Clinics at three locations. The location nearest to Plaintiff is located at Edward Roybal R. Federal Building and Courthouse, 255 East Temple Street, Suite 170 (Terrace Level), Los Angeles, CA 90012. To make an appointment or for more information, Plaintiff may contact Public Counsel at (213) 385-2977, Ext. 270. Plaintiff may also find further information on the Court's website at http://prose.cacd.uscourts.gov/federal-pro-se-clinics.

Finally, the Court Clerk is **DIRECTED** to serve Plaintiff with this order at **both** of the below addresses:

> 338 W. Ave. J-8 #2
> Los Angeles, California 94102
>
> 338 W. Ave. J-8 #2
> Lancaster, California 93534

cb

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk RRP